

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Mosaic Baybrook One, L.P. v. Paul Simien

Appellate case number:   01-18-01049-CV

Trial court case number:
Trial court:             133rd Judicial District Court, Harris County


Appellant's motion for leave to file a supplemental reply brief is DENIED.



Judge's signature: ___/s/ Gordon Goodman_____
                    Justice Gordon Goodman, Acting individually


Date: August 13, 2019